MARCEL M. HOLZER, Appellant, v. DEUTSCHE REICHSBAHN GESELLSCHAFT, DEUTSCHE VERKEHRS-KREDIT BANK AKTIEN-GESELLSCHAFT, TRANSPORTBANK AKTIEN-GESELLSCHAFT, SCHENKER & Co., G., m. b. H., Defendants. SCHENKER

& Co., INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.